~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~ ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

DARRELL WAYNE KIRKWOOD, SR.,

     Petitioner,         JUDGMENT IN A CIVIL CASE
V.

       CASE NUMBER: **3:07-cv-00015-BES-RAM**

FOURTH JUDICIAL DISTRICT COURT,

     Respondent.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this matter is **REMANDED** to the Fourth District Court, State of Nevada, County of Elko, in connection with the post-conviction proceedings and completed criminal matter in that court with regard to Petitioner.


  March 30,. 2007                         **LANCE S. WILSON**
                                                    Clerk


                                                  /s/ Daniel R. Morgan
                                                    Deputy Clerk